UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARTURO TORRES OCHOA,           )<br>                                                         )<br>            Plaintiff,                      )<br>                                                         )         3:12-cv-00239-RCJ-VPC<br>vs.                                                  )<br>                                                         )         **ORDER**<br>J. NAKASHIMA, *et al.*,                )<br>                                                         )<br>            Defendants.                )<br>_____/ | |

This is a civil rights action submitted by plaintiff pursuant to 42 U.S.C. § 1983.  However, under  28 U.S.C. § 1915(g), plaintiff has been banned from filing actions *in forma pauperis* unless he can show he is in imminent danger of serious physical injury.  Plaintiff cannot proceed *in forma pauperis* in this action or any other civil action filed in any federal court because he has had three (3) or more prior actions dismissed for failure to state a claim upon which relief may be granted, or as frivolous or malicious.[1]  Plaintiff fails to plausibly allege that he is in imminent danger of serious physical injury.  *See Andrews v. Cervantes*, 493 F.3d 1047, 1055 (9th Cir. 2007) (holding that the exception to § 1915(g) applies "if the complaint makes a plausible allegation that the prisoner faced 'imminent danger of serious physical injury' at the time of filing.").  He must pre-pay the filing fee in full.

---

[1]  *See Ochoa v. Cook, et al.*, 3:02-cv-00450-DWH-RAM; *Ochoa v. Willis, et al.*, 3:02-cv-00545-ECR-VPC (both dismissed for failure to state a claim upon which relief may be granted); *Ochoa v. Putter C/O, et al.*, 3:10-cv-00364-HDM-RAM (dismissed as delusional and factually frivolous).  The court takes judicial notice of its prior records in the above matters.

1 **IT IS THEREFORE ORDERED** that plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **DENIED**.

**IT IS FURTHER ORDERED** that this entire action will be dismissed without prejudice unless plaintiff pays the $350.00 filing fee in full within **thirty (30) days** of entry of this order.

**IT IS FURTHER ORDERED** that the clerk shall send plaintiff two copies of this order. Plaintiff shall make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

**IT IS FURTHER ORDERED** that the clerk shall retain the complaint.

DATED this 3rd day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE