UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARTURO TORRES OCHOA,              )<br>                                                      )<br>            Plaintiff,                          )<br>                                                      )<br>vs.                                                )<br>                                                      )<br>J. NAKASHIMA, *et al.*,                 )<br>                                                      )<br>            Defendants.                    )<br>_____/ | 3:12-cv-00239-RCJ-VPC<br><br>**ORDER** |

This is a civil rights action submitted by plaintiff pursuant to 42 U.S.C. § 1983. However, under 28 U.S.C. § 1915(g), plaintiff has been banned from filing actions *in forma pauperis* unless he can show he is in imminent danger of serious physical injury. Plaintiff cannot proceed *in forma pauperis* in this action or any other civil action filed in any federal court because he has had three (3) or more prior actions dismissed for failure to state a claim upon which relief may be granted, or as frivolous or malicious.[1] Plaintiff fails to plausibly allege that he is in imminent danger of serious physical injury. *See Andrews v. Cervantes*, 493 F.3d 1047, 1055 (9th Cir. 2007) (holding that the exception to § 1915(g) applies "if the complaint makes a plausible allegation that the prisoner faced 'imminent danger of serious physical injury' at the time of filing."). He must pre-pay the filing fee in full.

---

[1] *See Ochoa v. Cook, et al.*, 3:02-cv-00450-DWH-RAM; *Ochoa v. Willis, et al.*, 3:02-cv-00545-ECR-VPC (both dismissed for failure to state a claim upon which relief may be granted); *Ochoa v. Putter C/O, et al.*, 3:10-cv-00364-HDM-RAM (dismissed as delusional and factually frivolous). The court takes judicial notice of its prior records in the above matters.

1      **IT IS THEREFORE ORDERED** that plaintiff's application to proceed *in forma pauperis*
2  (ECF No. 1) is **DENIED**.
3      **IT IS FURTHER ORDERED** that this entire action will be dismissed without prejudice
4  unless plaintiff pays the $350.00 filing fee in full within **thirty (30) days** of entry of this order.
5      **IT IS FURTHER ORDERED** that the clerk shall send plaintiff two copies of this order.
6  Plaintiff shall make the necessary arrangements to have one copy of this order attached to the check
7  paying the filing fee.
8      **IT IS FURTHER ORDERED** that the clerk shall retain the complaint.
9      DATED this 3rd day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE