UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| ARTURO TORRES OCHOA,<br><br>        Plaintiff,<br><br>v.<br><br>J. NAKASHIMA, *et al.*,<br><br>        Defendants. | 3:12-CV-00239-RCJ-VPC<br><br>O R D E R |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #20) entered on October 22, 2012, in which the Magistrate Judge recommends that the Court enter an order denying Plaintiff's Emergency Motion (ECF #10), that all pending motions be denied as moot and that this action be dismissed without prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #20).

IT IS HEREBY ORDERED that Plaintiff's Emergency Motion (ECF #10) is DENIED.

IT IS FURTHER ORDERED that the Clerk file the Complaint (ECF #1-1), all pending motions (ECF ##4, 6, 7, 12, 13, 17, 19, 20, 21, 22, 23, 24, 25, 27, 31, 32, 33, 34, 35, 36) are DENIED as MOOT, and this action is DISMISSED without prejudice. The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED this 12th day of December, 2012.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE